NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE: KNAUF INSULATION, INC., KNAUF INSULATION, SPRL,
*Appellants*

———————————

2017-1317, 2017-1323, 2017-1324

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/013,029, 90/013,030, 90/013,156.

———————————

## JUDGMENT

———————————

JOSHUA PAUL LARSEN, Barnes & Thornburg LLP, Indianapolis, IN, argued for appellants. Also represented by JAMES SWEENEY.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, KAKOLI CAPRIHAN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 9, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |